UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| GREGORY S. D'ADDA,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Civil No. 3:14-CV-05197-KLS<br><br><br>ORDER OF REMAND |

Based on Defendant's Unopposed Motion for Remand [12];

It is hereby ORDERED that the above-captioned case be REMANDED for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). This Court shall retain jurisdiction. On remand, the Appeals Council shall remand the case to an Administrative Law Judge for a de novo hearing.

DATED this 26th day of June, 2014.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Page 1     ORDER - [3:14-CV-05197-KLS]

1

2

3  Presented by:

4  s/ John C. LaMont
   JOHN C. LAMONT
   Special Assistant U.S. Attorney
5  Office of the General Counsel
   Social Security Administration
6  701 Fifth Avenue, Suite 2900 M/S 221A
   Seattle, WA 98104-7075
7  Telephone: (206) 615-3703
   Fax: (206) 615-2531
8  John.LaMont@ssa.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23