UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| GREGORY S. D'ADDA, | Civil No. 3:14-CV-05197-KLS |
| Plaintiff, | |
| vs. | ORDER AND JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties and the record herein, it is hereby ORDERED AND ADJUDGED that, pursuant to 42 U.S.C. §§ 405(g), 1383(c)(3), the Court reopens this matter and affirms the April 10, 2015, fully favorable final decision of the Commissioner awarding disability insurance and supplemental security income benefits under Title II and Title XVI of the Social Security Act.

Judgment is for Plaintiff, and this case should be closed.

Dated this 18th day of August, 2015.

Karen L. Strombom
United States Magistrate Judge

Page 1      ORDER AND JUDGMENT - [3:14-CV-05197-KLS]

Presented by:

s/ John C. LaMont
JOHN C. LAMONT
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3703
Fax: (206) 615-2531
John.LaMont@ssa.gov